In the Matter of the Application of ETHEL HOFFSTAEDTER to Compel Substitution of Dos Passos Brothers in Place of Alexander Slater, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ETHEL E. J. HOLDEN, Formerly ETHEL E. J. CONKLING, Respondent, v. ANNA O'BRIEN and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of JAMES HART, as Committee, etc., of ANNIE HUGGINS, an Incompetent Person, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of CHARLES A. WEBSTER, Deceased.— Motion denied, with ten dollars costs to the respondent Carl L. Gleizes, Jr. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

A. LAURENCE GLASTON, as Administrator, etc., Respondent, v. FUMIGATORS CHEMICAL COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DOROTHY N. HOPKINS, Appellant, v. JOSEPH FLEISCHMAN, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BERTHA ROTH, as Administratrix, etc., Respondent, v. REID ICE CREAM COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BOSTON ELEVATED RAILWAY COMPANY, Respondent, v. CHESAPEAKE AND OHIO COAL AND COKE COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CLIFFORD C. FISCHER, Respondent, v. MORRIS GEIST, Appellant, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ALBERT A. MOERS, Respondent, v. THE AMERICAN EXCHANGE NATIONAL BANK, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of NORMAN LEWITT, Respondent, for an Order of Mandamus against SAMUEL M. BRETTLER, as President, etc., and Others, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HAROLD WILLIAMS, Respondent, v. EDWARD DEV. TOMPKINS, INC., Appellant. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

J. BERTRAM CLEMENTS, Respondent, v. NATHAN L. DOBLIN, Appellant.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.